Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


# MEMORANDUM OPINION

No. 04-10-00671-CV

**IN THE INTEREST OF L.M.**, a Child

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 09-07-0372-CVW
The Honorable Cathy O. Morris, Judge Presiding

Opinion by:    Catherine Stone, Chief Justice

Sitting:         Catherine Stone, Chief Justice
                 Karen Angelini, Justice
                 Sandee Bryan Marion, Justice

Delivered and Filed:  April 6, 2011

AFFIRMED

After the trial court terminated his parental rights, Myron M. appealed the trial court's order finding that an appeal of the termination order would be frivolous. *See* TEX. FAM. CODE ANN. § 263.405(g) (West 2008). Myron's court-appointed appellate attorney filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. Counsel concludes that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at * 4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in appeal from termination of parental rights) (mem. op.); *see also In re K.M.*, 98 S.W.3d 774, 775 (Tex. App.—Fort Worth 2003, order) (same).

Counsel certified that a copy of his brief was delivered to Myron who was advised of his right to examine the record and to file a *pro se* brief. No *pro se* brief has been filed. After reviewing the record, we agree that the appeal is frivolous and without merit. The order of the trial court is affirmed, and counsel's motion to withdraw is granted.

Catherine Stone, Chief Justice